*Samuel D. Slade* and *Benjamin Forman* for respondents.

No. 249. NATIONAL LABOR RELATIONS BOARD *v.* ILLINOIS BELL TELEPHONE Co. C. A. 7th Cir. Certiorari denied. *Solicitor General Perlman* for petitioner. *Kenneth F. Burgess* for respondent.

No. 310. WATSON *v.* SUDDOTH. Supreme Court of Arkansas. Certiorari denied. *Freeman L. Martin* for petitioner. *J. G. Burke* for respondent.

No. 341. CALIFORNIA ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Edmund G. Brown,* Attorney General, *Walter L. Bowers,* Assistant Attorney General, and *Bayard Rhone,* Deputy Attorney General, for the State of California; and *Bertrand W. Gearhart* for Petersen et al., petitioners. *Solicitor General Perlman, Assistant Attorney General Underhill* and *Roger P. Marquis* for the United States.

No. 351. ROBERTS ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Joseph J. Lyman* and *Josiah Lyman* for petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.

No. 355. PANAMA COCA-COLA BOTTLING Co. *v.* CARMACK ET AL. C. A. 5th Cir. Certiorari denied. *Cicero C. Sessions* and *Richard B. Montgomery, Jr.* for petitioner.